**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7522**

TERRY HENDRICKS,

            Plaintiff – Appellant,

        v.

POWHATAN CORR. CENTER WARDEN/SUPERINTENDENT, sued in their
individual and official capacities; MR. GRAHAM, Counselor,
sued in their individual and official capacities; V. EVANS,
L.T.; SGT. R. JACKSON; C/O TALIAFERRO; SGT. GREEN; P.
GURNEY, Asst. Warden; MR. MAHON, Warden, sued in their
individual and official capacities,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:10-cv-00445-RBS-FBS)

Submitted:  February 10, 2011       Decided:  February 23, 2011

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Hendricks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Hendricks appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hendricks v. Powhatan Corr. Ctr.</u>, No. 2:10-cv-00445-RBS-FBS (E.D. Va. Oct. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>